No. 02–857. HOUSEHOLD CREDIT SERVICES, INC., ET AL. *v.* PFENNIG. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–8412. IN RE COLLINS ET AL. Petition for writ of mandamus denied.

No. 02–693. LAMIE *v.* UNITED STATES TRUSTEE. C. A. 4th Cir. Certiorari granted.

No. 02–628. FREW, ON BEHALF OF HER DAUGHTER, FREW, ET AL. *v.* HAWKINS, COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ET AL. C. A. 5th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 02–682. VERIZON COMMUNICATIONS INC. *v.* LAW OFFICES OF CURTIS V. TRINKO, LLP. C. A. 2d Cir. Certiorari granted limited to the following question: "Did the Court of Appeals err in reversing the District Court's dismissal of respondent's antitrust claims?"

No. 02–6320. FELLERS *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 01–8816. BOWEN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–8819. MACPHEAT *v.* MAZUREK ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–9877. JACKSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–10226. MATTHEWS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.